# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142087

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                SC: 142087
                                COA: 297388

WADHAH THOMAS,
                                Macomb CC: 2005-001128-FC
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

d0321

_____
Clerk